IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MONICA BRYANT,

    Plaintiff,

vs.                              CASE NO.: 4:07cv333-SPM/WCS

DEPARTMENT OF REVENUE, STATE
OF FLORIDA and AEROTEK, INC.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Upon consideration of Plaintiff's Notice of Dismissal of Aerotek, Inc., with Prejudice (doc. 19), advising that Plaintiff and the Aerotek, Inc., have amicably resolved all remaining claims in this case, it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice, with each side to bear its own fees and costs.

2.    Th e clerk shall close this case.

DONE AND ORDERED this 19th day of February, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge